SILVERSTEIN, Respondent, v. RUGGIERO et al., Appellants. (City Court of New York, General Term. March 6, 1899.) Action by Ja-

cob Silverstein against Francisco Ruggiero and another on an undertaking for arrest of plaintiff's assignor. From a judgment for plaintiff, defendants appeal. Affirmed.

PER CURIAM. Upon the vacation of the order of arrest herein. plaintiff's assignor had a cause of action against the defendants for all damage and loss sustained by him in his efforts to have set aside and vacated said order of arrest. The damage in this instance consisted in the actual moneys necessarily paid out by him, and all reasonable counsel fees paid, or liability to pay therefor incurred. This cause of action arising upon contract (viz. upon the undertaking in question) was certainly assignable. In our judgment, no error was committed, and the judgment is hereby affirmed, with costs.

